**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | MQ Lakewood Two, LLC | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 7 6 4 3 0 3 | |
| **4. Debtor's address** | **Principal place of business**  4622 Maple Ave., Ste. 200  Number    Street  Attn: Donald L. Silverman  Dallas, TX 75219-1073  City             State   ZIP Code   Tarrant  County | **Mailing address, if different from principal place of business**  _____  Number    Street  P.O. Box _____  _____  City         State   ZIP Code  **Location of principal assets, if different from principal place of business**  5860 N. Tarrant Parkway and 5864 N. Tarrant Parkway  Number    Street  _____  Ft. Worth, TX 76244  City         State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor     MQ Lakewood Two, LLC _____    Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   5  3  1  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                 MM / DD / YYYY
        District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  MQ Lakewood Hill, LLC _____    Relationship  affiliate _____
        District  Northern District of Texas _____    When  4/18/2022 _____
                                                                    MM / DD / YYYY
        Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor    MQ Lakewood Two, LLC                                           Case number *(if known)* _____
           Name

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number       Street

_____
City                               State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000           ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor    MQ Lakewood Two, LLC            Case number *(if known)* _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/18/2022
              MM/ DD/ YYYY

X   /s/ Donald L. Silverman            Donald L. Silverman
Signature of authorized representative of debtor       Printed name

Title         Manager

**18. Signature of attorney**

X   /s/ Vickie L. Driver          Date   04/18/2022
Signature of attorney for debtor                           MM/ DD/ YYYY

Vickie L. Driver
Printed name

Crowe & Dunlevy, P. C.
Firm name

2525 McKinnon St., Suite 425
Number     Street

Dallas                     TX      75201
City                                 State     ZIP Code

(214) 420-2140               vickie.driver@crowedunlevy.com
Contact phone                             Email address

24026886                           TX
Bar number                               State

Debtor    MQ Lakewood Two, LLC                                                                 Case number *(if known)*
        Name

■ **Additional Page**

10. Continued

                                Debtor MQ Lakewood Three, LLC         Relationship affiliate

                                District Northern District of Texas          When    4/18/2022

                                                                                                                                                                     MM / DD / YYYY

                                Case number, if known

## RESOLUTION OF OFFICER AND REQUIRED
## MEMBERS OF MQ LAKEWOOD TWO, LLC

The undersigned, being a Declarant and the Required Members of MQ LAKEWOOD TWO, LLC, ("Company"), hereby adopt the following resolutions by majority vote:

**WHEREAS**, Donald L. Silverman ("Declarant") and legal advisors of the Company have reviewed and reported the Company's current circumstances regarding financial liquidity to the Required Members;

**WHEREAS**, the Required Members and has evaluated and considered the information provided and the recommendations of the Declarant and the Company's legal advisors;

Chapter 11 Filing

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Declarant and the Required Members, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"); and

**FURTHER RESOLVED**, that the Declarant is vested with the authority and control with regarding to management and executive decision making responsibility for the bankruptcy proceedings, to execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to cause same to be filed with the Bankruptcy Court or appoint a person capable of same with such authority; and

**FURTHER RESOLVED**, that the Declarant is authorized to execute and file all petitions, schedules, lists, motions, pleadings, instruments, affidavits, applications, statements, and all material related hereto, and to take such additional actions as he may deem necessary or proper with a view to the successful prosecution of the Company's chapter 11 case or appoint a person capable of same with such authority; and

**FURTHER RESOLVED**, that the Declarant is authorized and empowered to grant security interests and liens upon all or substantially all of the Company's assets as may be deemed necessary in connection with such borrowings under a DIP facility, if necessary; and that the Company's granting of any such security's interest be, and hereby is, approved, or appoint a person capable of same with such authority; and

**FURTHER RESOLVED**, that the Declarant is authorized, in the name and on behalf of the Company, to take or cause to be taken, any and all such further action and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the

purpose and intent of any of the foregoing resolutions, or appoint a person capable of same with such authority.

This written resolution may be executed in one or more counterparts and by facsimile, each of which shall constitute an original document, but all of which taken together shall constitute one instrument. Each counterparty shall be effective with respect to each member of the Board signing it, even if another member of the Board whose signature is contemplated hereunder does not sign the same counterpart.

**IN WITNESS HEREOF**, this consent is executed this 18th day of April, 2022.

**Declarant:**

_____
Donald L. Silverman

**Required Members:**

**MQ Lakewood Hill, LLC**

_____
By: Donald L. Silverman
Title: Manager

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**  MQ Lakewood Two, LLC

Case No. _____

**Debtor**

Chapter ____11____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ $20,000.00

   Prior to the filing of this statement I have received ..................................................................... $20,000.00

   Balance Due ................................................................................................................................. $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Post-petition services to be paid by Debtor.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/18/2022 | /s/ Vickie L. Driver |
|---|---|
| *Date* | Vickie L. Driver |
| | *Signature of Attorney* |
| | Bar Number: 24026886 |
| | Crowe & Dunlevy, P. C. |
| | 2525 McKinnon St., Suite 425 |
| | Dallas, TX 75201 |
| | Phone: (214) 420-2140 |
| | |
| | Crowe & Dunlevy, P. C. |
| | *Name of law firm* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: §
§
**MQ Lakewood Two, LLC** § Case No. _____
§
Debtor(s) § Chapter 11

**DECLARATION FOR ELECTRONIC FILING OF**
**BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 04/18/2022

/s/ Donald L. Silverman
Donald L. Silverman
Manager
EIN No. 4 3 0 3

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: 04/18/2022

/s/ Vickie L. Driver
Vickie L. Driver
Attorney